UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

___

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Kimberly A. Wilson, LLC
Kimberly A. Wilson, Esquire (031441997)
24 North White Horse Pike
Somerdale, NJ 08083
(856) 783-4440
(856) 783-5504 fax
Attorney for Debtor(s)

**Order Filed on June 19, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jose Morales,
  Debtor(s).

| | |
|---|---|
| Case No.: | 18-16013 |
| Chapter: | 13 |
| Judge: | JNP |

## ORDER AUTHORIZING RETENTION OF

### REALTOR

The relief set forth on the following page is **ORDERED**.

**DATED: June 19, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain __Candy L. Niedoba__

as __Realtor__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Berkshire Hathaway Fox & Roach
1401 Route 70 E
Cherry Hill, NJ 08034

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☒ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☒ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*