**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  18–16013–JNP
                              Chapter:  13
                              Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Morales
   3151 River Road
   Camden, NJ 08105

Social Security No.:
   xxx–xx–0879

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               August 27, 2019
Time:              10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*45* – Response to (related document:44 Creditor's Certification of Default (related document:21 Motion for Relief from Stay re: Lot 3 Block 5809 Commonly known as 5824 Highland Avenue, Pennsauken, New Jersey 08110. Fee Amount $ 181. filed by Creditor HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2005–WF1 Mortgage Pass–Through Certificates, 32 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of HSBC Bank USA, National Association, as Trustee for the holders of Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2005–WF1. Objection deadline is 07/22/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) filed by Creditor HSBC Bank USA, National Association, as Trustee for the holders of Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2005–WF1) filed by Kimberly A. Wilson on behalf of Jose Morales. (Wilson, Kimberly)

and transact such other business as may properly come before the meeting.


Dated: July 23, 2019
JAN: kaj

                                                                                                     Jeanne Naughton
                                                                                                       Clerk