Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−16013−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jose Morales
  3151 River Road
  Camden, NJ 08105

Social Security No.:
  xxx−xx−0879

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           11/6/19
Time:           09:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: September 27, 2019
JAN: kvr

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

```
                                United States Bankruptcy Court
                                      District of New Jersey

In re:                                                                                    Case No. 18-16013-JNP
Jose Morales                                                                              Chapter 13
         Debtor                            CERTIFICATE OF NOTICE
District/off: 0312-1            User: admin                     Page 1 of 3                Date Rcvd: Sep 27, 2019
                                Form ID: 132                    Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
db             +Jose Morales,    3151 River Road,    Camden, NJ 08105-4241
r              +Berkshire Hathaway Fox & Roach,    1401 Route 70 E,    Cherry Hill, NJ 08034-2207
r              +Candy Niedoba,    Berkshire Hathaway Fox & Roach,    1401 Route 70 E,
                 Cherry Hill, NJ 08034-2207
cr             +Rosa Febo,    3087 Highland Avenue,   Camden, NJ 08105-2849
517415404      +ARS Account Resolution,    1801 NW 66th Ave Ste 200,    Fort Lauderdale, FL 33313-4571
517415399      +Allstate Insurance Company,    For Julius Jamirch,    PO Box 29500,   Roanoke, VA 24018-0700
517415401      +Ana Nazario,    108 N 24th Street,   Camden, NJ 08105-1108
517415402       Apex Asset Management LLC,    2501 Oregon Pike STE 102,    Lancaster, PA 17601-4890
517415418      +Bayview Loan Servicing, LLC,    Fein, Such, Kahn, & Shepard,    7 Century Drive,
                 Parsippany, NJ 07054-4673
517415410      +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
517415411      +Choi Law Office LLC,    100 Challenger Road Ste 302,    Ridgefield Park, NJ 07660-2121
517415413      +Commercial Collection Corp of NY,    34 Seymour Street,    Tonawanda, NY 14150-2126
517415415       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
517415416     #+Credit Management LP,    4200 International Pkwy,   Carrollton, TX 75007-1912
517415421     ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
                (address filed with court: Focus Receivables Management,    1130 Northchase Parkway Ste 150,
                 Marietta, GA 30067)
517415419      +Feloni & Assoc LLC,    165 Passaic Ave Ste 301B,    Fairfield, NJ 07004-3592
517415420      +Financial Recoveries,    200 East Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
517415423       HRRG,   PO Box 459080,    Sunrise, FL 33345-9080
517550838       HSBC Bank USA, National Association as Trustee,    c/o Wells Fargo Bank, N.A., as Servicer,
                 Default Document Processing N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
517477601       HSBC Bank USA, National Association as Trustee,    Shapiro and DeNardo, LLC,
                 14000 Commerce Parkway, Suite B,    Mount Laurel, NJ 08054-2242
517415424      +HSBC/Suzki,    PO Box 703,   Wood Dale, IL 60191-0703
517415422      +Home Depot Card Services,    P.O. Box 790345,   Saint Louis, MO 63179-0345
517415427      +Internal Revenue Service,    Attny General, Dept of Justice,    Ben Franklin Station,
                 P.O. Box 683,   Washington, DC 20044-0683
517415428      +JPMorgan Chase Bank, NA,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
517415429       LFG LLC,    233 North Michigan Ave Suite 1800,    Chicago, IL 60601-5802
517695230      +NJSVS, Surcharge Violation System,    NJSVS, Bankruptcy Unit,    PO Box 136,
                 Trenton, NJ 08666-0136
517415434     #+Naima Thomas,    212 Garfield Avenue,   Collingswood, NJ 08108-3806
517415436       Palisades Safety & Insurance Assoc,    c/o Kearns & Duffy OC,    3648 Valley Road,
                 Liberty Corner, NJ 07938
517415438      +Quality Asset Recovery,    7 Foster Ave Ste 101,   Gibbsboro, NJ 08026-1191
517415439      +Radio/CBNA,    PO Box 10390,   Greenville, SC 29603-0390
517415442       Robert Mayeau Esq,    Julius Jamirch,   199 Moore Street Suite 306,    Hackensack, NJ 07601
518201244      +Rosa Febo,    s/Charles M. Izzo,   P.O. Box 2936,    116 North 2nd Street,
                 Camden, New Jersey 08102-1601
517415445     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation Bankruptcy Dept,
                 50 Barrack Street, 9th FL,    P.O. Box 245,   Trenton, NJ 08695-0245)
518244465      +Saldutti Law Group,    Rebecca K. McDowell Esq.,   800 Kings Highway N., Suite 300,
                 Cherry Hill, NJ 08034-1511
517415443      +Sears/CBNA,    PO Box 6283,   Sioux Falls, SD 57117-6283
517415444      +Shapiro & DeNardo LLC,    14000 Commerce Pkwy Suite B,    Mount Laurel, NJ 08054-2242
518077955      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518077956      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517415447      +State of NJ Division of Taxation,    NJ Attorney General's Office-Law Div,
                 Richard J. Hughes Justice Complex,    25 Market Street, P.O. Box 112,    Trenton, NJ 08625-0112
517587455       State of New Jersey,    Division of Employer Accounts,    PO Box 379,   Trenton, NJ  08625--0379
517415446      +State of New Jersey,    Motor Vehicle Commission,    225 East State Street,
                 Trenton, NJ 08666-0001
517415448      +Thomas Law Offices PLLC,    7 Skyline Drive 1st Floor,    Hawthorne, NY 10532-2162
517415450      +United Collection Bureau Inc,    5620 Southwyck Blvd Ste 206,    Toledo, OH 43614-1501
517415451     ++WACHOVIA BANK NA,    MAC X2303-01A,   1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
                (address filed with court: Wachovia,    PO Box 45038 FL 0500,    Jacksonville, FL 32232)
517415453      +WF/WB CC,    PO Box 3117,   Winston Salem, NC 27102-3117
517489321      +Wells Fargo Bank, N.A.,    Attention Payment Processing,    MAC# X2302-04C,    1 Home Campus,
                 Des Moines, Iowa 50328-0001
517415452      +Wells Fargo Home Mortgage,    PO Box 10335,   Des Moines, IA 50306-0335
```

```
District/off: 0312-1           User: admin                  Page 2 of 3                   Date Rcvd: Sep 27, 2019
                               Form ID: 132                 Total Noticed: 75


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2019 01:05:28      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2019 01:05:25      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517415403       +E-mail/Text: mmartin@ari-ins.com Sep 28 2019 01:04:14      ARI Insurance Company,    PO Box 3376,
                 Minneapolis, MN 55403-0376
517415398       +E-mail/Text: EBNProcessing@afni.com Sep 28 2019 01:05:38      Afni, Inc,
                 1310 Martin Luher King Drive,    PO Box 3517,    Bloomington, IL 61702-3517
517415400        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 28 2019 01:19:24      American InforSource LP,
                 as Agent for InSolve Recovery LLC,    PO Box 269093,    Oklahoma City, OK 73126-9093
517415405        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2019 01:16:07
                 Ashley Funding Services LLC,    assignee of Reimbursement Technologies,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517415406        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 28 2019 01:05:21      Asset Acceptance LLC,
                 P.O. Box 2036,    Warren, MI 48090-2036
517415407        E-mail/Text: legal@arsnational.com Sep 28 2019 01:04:57      Associated Recovery Systems,
                 PO Box 469046,    Escondido, CA 92046-9046
517415408       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 28 2019 01:05:58
                 Bayview Loan Servicing LLC,    Customer Service Department,   4425 Ponce De Leon Blvd 6th FL,
                 Coral Gables, FL 33146-1837
517415409        E-mail/Text: bankruptcy@cavps.com Sep 28 2019 01:05:49      Cavalry Portfolio Services,
                 PO Box 27288,    Tempe, AZ 85285
517415414        E-mail/Text: compliance@contractcallers.com Sep 28 2019 01:06:46      Contract Callers Inc,
                 1058 Claussen Road Suite 110,    Augusta, GA 30907
517430888       +E-mail/Text: bankruptcy@cavps.com Sep 28 2019 01:05:49      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517415412        E-mail/Text: documentfiling@lciinc.com Sep 28 2019 01:02:23      Comcast Cable,    Po Box 3002,
                 Southeastern, PA 19398-3002
517415417       +E-mail/Text: bknotice@ercbpo.com Sep 28 2019 01:05:34      Enhanced Recovery Corporation,
                 PO Box 57547,    Jacksonville, FL 32241-7547
517415425        E-mail/Text: cio.bncmail@irs.gov Sep 28 2019 01:04:44      Internal Revenue Service,
                 Bankruptcy Dept,    PO Box 7346,    Philadelphia, PA 19101-7346
517415430       +E-mail/Text: ebn@ltdfin.com Sep 28 2019 01:04:57      LTD Financial Services LP,
                 7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
517415431       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2019 01:17:39      LVNV Funding LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
517572846        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2019 01:17:35
                 LVNV Funding LLC C/O Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
517415432       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2019 01:16:01      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10675,    Greenville, SC 29603-0675
517415433       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 28 2019 01:05:24      Midland Funding LLC,
                 2365 Northside Drive Ste 300,    San Diego, CA 92108-2709
517415435       +E-mail/Text: csc.bankruptcy@amwater.com Sep 28 2019 01:06:30      New Jersey American Water,
                 PO Box 578,    Alton, IL 62002-0578
517415437       +E-mail/Text: bankruptcy@pseg.com Sep 28 2019 01:02:26      PSE&G,    Attn: Bankruptcy Dept,
                 PO Box 490,    Cranford, NJ 07016-0490
517415440       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 28 2019 01:17:41
                 Resurgent Capital Services,    PO Box 10390,    Greenville, SC 29603-0390
517415441        E-mail/Text: rsi@revenuesystems.com Sep 28 2019 01:05:54      Revenue Systems,    PO Box 15257,
                 Clearwater, FL 33766-5257
517421028       +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 01:15:33      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517438694        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 28 2019 01:19:24      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    PO Box 248848,    Oklahoma City, OK 73124-8848
517448506       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 28 2019 01:17:56      T Mobile/T-Mobile USA Inc.,
                 by American InfoSource LP as agent,    4515 N. Santa Fe Avenue,    Oklahoma City, OK 73118-7901
517415449        E-mail/Text: bankruptcydepartment@tsico.com Sep 28 2019 01:06:17      Transworld Systems Inc,
                 507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517415426*      +Internal Revenue Service,    United States Attorney,    Peter Rodino Federal Building,
                 970 Broad Street, Suite 700,    Newark, NJ 07102-2527
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin              Page 3 of 3            Date Rcvd: Sep 27, 2019
                              Form ID: 132             Total Noticed: 75
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2019 at the address(es) listed below:

```
          Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2005-WF1 Mortgage
           Pass-Through Certificates cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
          Charles M. Izzo    on behalf of Creditor Rosa  Febo cminj2001@yahoo.com,
           izzocr79754@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
           the holders of Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2005-WF1
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Kimberly A. Wilson    on behalf of Debtor Jose  Morales wilson.schroedinger@comcast.net,
           courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
          R. A. Lebron    on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```