**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0  Valuation of Security      0  Assumption of Executory Contract or Unexpired Lease      0  Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Jose Morales,

Case No.: _____18-16013_____

Judge: _____JNP_____

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original          ☒ Modified/Notice Required          Date: __10/15/2019__

☒ Motions Included          ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___KAW___          Initial Debtor: ___JM___          Initial Co-Debtor: _____

## Part 1:   Payment and Length of Plan

a.  The debtor shall pay $ _____2,530.00_____ per _____month_____ to the Chapter 13 Trustee, starting on
_____November 1, 2019_____ for approximately _____41 more_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

☒   Future earnings

☐   Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

☐   Sale of real property
Description:

Proposed date for completion: _____

☐   Refinance of real property:
Description:
Proposed date for completion: _____

☐   Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☒ Other information that may be important relating to the payment and length of plan:

$17,776.32 balance on hand

## Part 2:   Adequate Protection ☒ NONE

a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3:   Priority Claims (Including Administrative Expenses)

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 2,500 plus fees |
| DOMESTIC SUPPORT OBLIGATION | Naima Thomas-Child Support | $0.00, No current Order. |
| IRS | Taxes | $2,000.00 (exact amount unknown.  Returns recently submitted for amended POC.) |
| State of New Jersey | Taxes | $2,000.00 (exact amount unknown.  Returns recently submitted for amended POC.) |

b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a.  Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Bayview Loan Servicing | 3151 River Road-Camden | $8,870.00 | n/a | $8,870.00 | $1,183.00 |
| Wells Fargo Home Mortgage | 5824 Highland Ave, Pennsauken | $44,086.08 plus arrears per ct order | n/a | $54,675.78 | $973.00 |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### c.  Secured claims excluded from 11 U.S.C. 506:  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| HSBC/Suzki | Motorcycle | $7,000.00 | $4,500.00 | n/a | $4,500.00 | 4.5% | $5,003.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Wells Fargo Home Mortgage | 33 North 30th Street, Camden | $38,500.00 | $113,642.83 |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| Wells Fargo Mtg for 3087 Highland Avenue-regular payments to be paid outside plan | 3087 Highland Avenue, Camden | Secured Claim plus arrears of $3,338.04 to paid upon sale of property from verified payoff to be provided by Wells Fargo |
| State of NJ-Employer Accts | DJ-12240-15, DJ-44106-10 | $3,302.03 |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than  zero_____  percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

**Part 6:   Executory Contracts and Unexpired Leases ⊠ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:   Motions ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☐ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Allstate Insurance Company | Residence | Judicial DJ085855-10 | $4,517.00 | $135,000 | n/a | $75,873 | Entire Lien |
| State of NJ-DMV Surcharges | Residence | Judicial DJ197150-12 | $775.00 | $135,000 | n/a | $75,873 | Entire Lien |
| State of NJ-DMV Surcharges | Residence | Judicial DJ147102-14 | $333.00 | $135,000 | n/a | $75,873 | Entire Lien |
| State of NJ-DMV Surcharges | Residence | Judicial DJ174377-16 | $100.00 | $135,000 | n/a | $75,873 | Entire Lien |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| HSBC/Suzki | Motorcycle | $7,000.00 | $4,500.00 | $5,003.00 | $1,997.00 or balance over asset |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c.  Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2)  Law Office of Kimberly A. Wilson, LLC;

3)  Secured Claims,

4)  Priority & Unsecured, if any.

### d.  Post-Petition Claims

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:    Modification  ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: April 11, 2018_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| 1. To roll arrears to Wells Fargo per court order.<br>2. To show sale of 3087 Highland Avenue, Camden.<br>3. Noted that returns have been submitted to State and IRS and Debtor awaits amended POC to determine liability. | 1. Arrears added to amount due to Wells Fargo for 5824 Highland Ave.<br>2. Sale of property stated<br>3.  $2000 debt listed as a place holder for liability to State and IRS. |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐   Yes      ☒   No

## Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.


Date: 10/15/2019                                         /S/Jose Morales
                                                         Debtor


Date: _____                           /S/
                                                         Joint Debtor


Date: 2/03/2019                                          /S/ Kimberly A. Wilson
                                                         Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-16013-JNP
Jose Morales                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 3          Date Rcvd: Nov 06, 2019
                              Form ID: pdf901       Total Noticed: 73


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2019.
```
db             +Jose Morales,   3151 River Road,   Camden, NJ 08105-4241
r              +Berkshire Hathaway Fox & Roach,   1401 Route 70 E,   Cherry Hill, NJ 08034-2207
r              +Candy Niedoba,   Berkshire Hathaway Fox & Roach,   1401 Route 70 E,
                Cherry Hill, NJ 08034-2207
cr             +Rosa Febo,   3087 Highland Avenue,   Camden, NJ 08105-2849
517415404      +ARS Account Resolution,   1801 NW 66th Ave Ste 200,   Fort Lauderdale, FL 33313-4571
517415399      +Allstate Insurance Company,   For Julius Jamirch,   PO Box 29500,   Roanoke, VA 24018-0700
517415401      +Ana Nazario,   108 N 24th Street,   Camden, NJ 08105-1108
517415402       Apex Asset Management LLC,   2501 Oregon Pike STE 102,   Lancaster, PA 17601-4890
517415418      +Bayview Loan Servicing, LLC,   Fein, Such, Kahn, & Shepard,   7 Century Drive,
                Parsippany, NJ 07054-4673
517415410      +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
517415411      +Choi Law Office LLC,   100 Challenger Road Ste 302,   Ridgefield Park, NJ 07660-2121
517415413      +Commercial Collection Corp of NY,   34 Seymour Street,   Tonawanda, NY 14150-2126
517415415       Cooper University Health Care,   PO Box 95000-4345,   Philadelphia, PA 19195-4345
517415421      ++FOCUS RECEIVABLES MANAGEMENT LLC,   1130 NORTHCHASE PARKWAY STE 150,   MARIETTA GA 30067-6429
                (address filed with court: Focus Receivables Management,   1130 Northchase Parkway Ste 150,
                Marietta, GA 30067)
517415419      +Feloni & Assoc LLC,   165 Passaic Ave Ste 301B,   Fairfield, NJ 07004-3592
517415420      +Financial Recoveries,   200 East Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
517415423       HRRG,   PO Box 459080,   Sunrise, FL 33345-9080
517550838       HSBC Bank USA, National Association as Trustee,   c/o Wells Fargo Bank, N.A., as Servicer,
                Default Document Processing N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700
517477601      +HSBC Bank USA, National Association as Trustee,   Shapiro and DeNardo, LLC,
                14000 Commerce Parkway, Suite B,   Mount Laurel, NJ 08054-2242
517415424      +HSBC/Suzki,   PO Box 703,   Wood Dale, IL 60191-0703
517415422      +Home Depot Card Services,   P.O. Box 790345,   Saint Louis, MO 63179-0345
517415427      +Internal Revenue Service,   Attny General, Dept of Justice,   Ben Franklin Station,
                P.O. Box 683,   Washington, DC 20044-0683
517415428      +JPMorgan Chase Bank, NA,   Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,
                Monroe, LA 71203-4774
517415429       LFG LLC,   233 North Michigan Ave Suite 1800,   Chicago, IL 60601-5802
517695230      +NJSVS, Surcharge Violation System,   NJSVS, Bankruptcy Unit,   PO Box 136,
                Trenton, NJ 08666-0136
517415436       Palisades Safety & Insurance Assoc,   c/o Kearns & Duffy OC,   3648 Valley Road,
                Liberty Corner, NJ 07938
517415438      +Quality Asset Recovery,   7 Foster Ave Ste 101,   Gibbsboro, NJ 08026-1191
517415439      +Radio/CBNA,   PO Box 10390,   Greenville, SC 29603-0390
517415442       Robert Mayeau Esq,   Julius Jamirch,   199 Moore Street Suite 306,   Hackensack, NJ 07601
518201244      +Rosa Febo,   s/Charles M. Izzo,   P.O. Box 2936,   116 North 2nd Street,
                Camden, New Jersey 08102-1601
517415445      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   Division of Taxation Bankruptcy Dept,
                50 Barrack Street, 9th FL,   P.O. Box 245,   Trenton, NJ 08695-0245)
518244465      +Saldutti Law Group,   Rebecca K. McDowell Esq.,   800 Kings Highway N., Suite 300,
                Cherry Hill, NJ 08034-1511
517415443      +Sears/CBNA,   PO Box 6283,   Sioux Falls, SD 57117-6283
517415444      +Shapiro & DeNardo LLC,   14000 Commerce Pkwy Suite B,   Mount Laurel, NJ 08054-2242
518077955      +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
518077956       Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517415447      +State of NJ Division of Taxation,   NJ Attorney General's Office-Law Div,
                Richard J. Hughes Justice Complex,   25 Market Street, P.O. Box 112,   Trenton, NJ 08625-0112
517587455       State of New Jersey,   Division of Employer Accounts,   PO Box 379,   Trenton, NJ  08625--0379
517415446      +State of New Jersey,   Motor Vehicle Commission,   225 East State Street,
                Trenton, NJ 08666-0001
517415448      +Thomas Law Offices PLLC,   7 Skyline Drive 1st Floor,   Hawthorne, NY 10532-2162
517415450      +United Collection Bureau Inc,   5620 Southwyck Blvd Ste 206,   Toledo, OH 43614-1501
517415451      ++WACHOVIA BANK NA,   MAC X2303-01A,   1 HOME CAMPUS,   1ST FLOOR,   DES MOINES IA 50328-0001
                (address filed with court: Wachovia,   PO Box 45038 FL 0500,   Jacksonville, FL 32232)
517415453      +WF/WB CC,   PO Box 3117,   Winston Salem, NC 27102-3117
517489321      +Wells Fargo Bank, N.A.,   Attention Payment Processing,   MAC# X2302-04C,   1 Home Campus,
                Des Moines, Iowa 50328-0001
517415452      +Wells Fargo Home Mortgage,   PO Box 10335,   Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2019 23:53:31    U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2019 23:53:28    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
```

```
District/off: 0312-1              User: admin              Page 2 of 3              Date Rcvd: Nov 06, 2019
                                 Form ID: pdf901          Total Noticed: 73
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
517415403       +E-mail/Text: mmartin@ari-ins.com Nov 06 2019 23:52:34      ARI Insurance Company,    PO Box 3376,
                 Minneapolis, MN 55403-0376
517415398       +E-mail/Text: EBNProcessing@afni.com Nov 06 2019 23:53:38      Afni, Inc,
                 1310 Martin Luher King Drive,    PO Box 3517,    Bloomington, IL 61702-3517
517415400        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 07 2019 00:08:44      American InforSource LP,
                 as Agent for InSolve Recovery LLC,    PO Box 269093,    Oklahoma City, OK 73126-9093
517415405        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 00:06:40
                 Ashley Funding Services LLC,    assignee of Reimbursement Technologies,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517415406        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 06 2019 23:53:26      Asset Acceptance LLC,
                 P.O. Box 2036,    Warren, MI 48090-2036
517415407        E-mail/Text: legal@arsnational.com Nov 06 2019 23:53:07      Associated Recovery Systems,
                 PO Box 469046,    Escondido, CA 92046-9046
517415408       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 06 2019 23:53:54
                 Bayview Loan Servicing LLC,    Customer Service Department,    4425 Ponce De Leon Blvd 6th FL,
                 Coral Gables, FL 33146-1837
517415409        E-mail/Text: bankruptcy@cavps.com Nov 06 2019 23:53:45      Cavalry Portfolio Services,
                 PO Box 27288,    Tempe, AZ 85285
517415414        E-mail/Text: compliance@contractcallers.com Nov 06 2019 23:54:18      Contract Callers Inc,
                 1058 Claussen Road Suite 110,    Augusta, GA 30907
517430888       +E-mail/Text: bankruptcy@cavps.com Nov 06 2019 23:53:45      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517415412        E-mail/Text: documentfiling@lciinc.com Nov 06 2019 23:52:26      Comcast Cable,    Po Box 3002,
                 Southeastern, PA 19398-3002
517415417       +E-mail/Text: bknotice@ercbpo.com Nov 06 2019 23:53:34      Enhanced Recovery Corporation,
                 PO Box 57547,    Jacksonville, FL 32241-7547
517415425        E-mail/Text: cio.bncmail@irs.gov Nov 06 2019 23:52:52      Internal Revenue Service,
                 Bankruptcy Dept,    PO Box 7346,    Philadelphia, PA 19101-7346
517415430       +E-mail/Text: ebn@ltdfin.com Nov 06 2019 23:53:06      LTD Financial Services LP,
                 7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
517415431       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 00:06:42      LVNV Funding LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
517572846        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 00:06:40
                 LVNV Funding LLC C/O Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
517415432       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 00:07:37      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10675,    Greenville, SC 29603-0675
517415433       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 06 2019 23:53:28      Midland Funding LLC,
                 2365 Northside Drive Ste 300,    San Diego, CA 92108-2709
517415435       +E-mail/Text: csc.bankruptcy@amwater.com Nov 06 2019 23:54:10      New Jersey American Water,
                 PO Box 578,    Alton, IL 62002-0578
517415437       +E-mail/Text: bankruptcy@pseg.com Nov 06 2019 23:52:29      PSE&G,    Attn: Bankruptcy Dept,
                 PO Box 490,    Cranford, NJ 07016-0490
517415440       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 07 2019 00:07:41
                 Resurgent Capital Services,    PO Box 10390,    Greenville, SC 29603-0390
517415441        E-mail/Text: rsi@revenuesystems.com Nov 06 2019 23:53:52      Revenue Systems,    PO Box 15257,
                 Clearwater, FL 33766-5257
517421028       +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2019 00:06:22      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517438694        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 07 2019 00:06:55      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    PO Box 248848,    Oklahoma City, OK  73124-8848
517448506       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 07 2019 00:08:44      T Mobile/T-Mobile USA Inc.,
                 by American InfoSource LP as agent,    4515 N. Santa Fe Avenue,    Oklahoma City, OK 73118-7901
517415449        E-mail/Text: bankruptcydepartment@tsico.com Nov 06 2019 23:54:04      Transworld Systems Inc,
                 507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                          TOTAL: 28
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517415426*      +Internal Revenue Service,    United States Attorney,    Peter Rodino Federal Building,
                 970 Broad Street, Suite 700,    Newark, NJ 07102-2527
517415416     ##+Credit Management LP,    4200 International Pkwy,    Carrollton, TX 75007-1912
517415434     ##+Naima Thomas,    212 Garfield Avenue,    Collingswood, NJ 08108-3806
                                                                                TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Nov 06, 2019
                              Form ID: pdf901          Total Noticed: 73
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2019 at the address(es) listed below:
          Charles G. Wohlrab    on behalf of Creditor   WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          Charles G. Wohlrab    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
           Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2005-WF1 Mortgage
           Pass-Through Certificates cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
          Charles M. Izzo   on behalf of Creditor Rosa  Febo cminj2001@yahoo.com,
           izzocr79754@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, National Association, as Trustee for
           the holders of Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2005-WF1
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Kimberly A. Wilson    on behalf of Debtor Jose  Morales wilson.schroedinger@comcast.net,
           courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
          R. A. Lebron    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 9
```