| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>WNI 18-022841<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Charles G. Wohlrab, Esq. 016592012<br>ATTORNEYS FOR WELLS FARGO BANK, N.A. | Order Filed on January 3, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>JOSE MORALES, DEBTOR | CASE NO.: 18-16013-JNP<br><br>HEARING DATE: FEBRUARY 5, 2020<br><br>JUDGE: HONORABLE JERROLD N. POSLUSNY, JR. |

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: January 3, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Kimberly A Wilson, attorney for the Debtor upon filing of a Chapter 13 Plan, and Wells Fargo Bank, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor will sell the property located at 3087 Highland Avenue, Camden, NJ 08105, hereinafter "subject property," and complete the sale within six (6) months of the entry of this Order.

2. Starting November 1, 2019 and continuing until the property is sold, Debtor agrees to make all contractually due post-petition payments to Secured Creditor, which currently amount to $1,061.20 per month.

3. The sale of the subject property shall provide for a full payment of Secured Creditor's loan securing the subject property. Secured Creditor agrees to provide an updated payoff letter prior to any scheduled closing date.

4. If the Debtor fails to complete a satisfactory sale of the property by the effective date in Paragraph One (1) Debtor must: 1) modify the Chapter 13 Plan to fully cure Secured Creditor's pre and post-petition arrearages, 2) modify the Chapter 13 Plan to surrender the subject property, or 3) Convert to a Chapter 7 case.

5. Secured Creditor agrees this Order resolves the objection to Confirmation of Plan filed on November 14, 2019; ECF Doc.:62.

6. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC


/s/ Charles G. Wohlrab                   Date: 01/02/2020
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor


_____          Date: 12/30/19
Kimberly A Wilson, Esquire
Attorney for the Debtor