Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–16013–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Morales
   3151 River Road
   Camden, NJ 08105

Social Security No.:
   xxx–xx–0879

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:   2/20/20
Time:   02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Kimberly A. Wilson, Debtor's Attorney

COMMISSION OR FEES
FEES: $1700.00

EXPENSES
EXPENSES: $0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 13, 2020
JAN:

                                                    Jeanne Naughton
                                                    Clerk

Case 18-16013-JNP    Doc 71    Filed 01/15/20    Entered 01/16/20 00:34:22    Desc Imaged
Certificate of Notice    Page 2 of 5

```
                              United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                        Case No. 18-16013-JNP
Jose Morales                                                                  Chapter 13
                Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                Page 1 of 3           Date Rcvd: Jan 13, 2020
                               Form ID: 137               Total Noticed: 73


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2020.
db             +Jose Morales,    3151 River Road,    Camden, NJ 08105-4241
r              +Berkshire Hathaway Fox & Roach,     1401 Route 70 E,    Cherry Hill, NJ 08034-2207
r              +Candy Niedoba,    Berkshire Hathaway Fox & Roach,     1401 Route 70 E,
                 Cherry Hill, NJ 08034-2207
cr             +Rosa Febo,    3087 Highland Avenue,    Camden, NJ 08105-2849
517415404      +ARS Account Resolution,    1801 NW 66th Ave Ste 200,     Fort Lauderdale, FL 33313-4571
517415399      +Allstate Insurance Company,    For Julius Jamirch,     PO Box 29500,    Roanoke, VA 24018-0700
517415401      +Ana Nazario,    108 N 24th Street,    Camden, NJ 08105-1108
517415402       Apex Asset Management LLC,    2501 Oregon Pike STE 102,     Lancaster, PA 17601-4890
517415418      +Bayview Loan Servicing, LLC,    Fein, Such, Kahn, & Shepard,     7 Century Drive,
                 Parsippany, NJ 07054-4673
517415410      +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
517415411      +Choi Law Office LLC,    100 Challenger Road Ste 302,     Ridgefield Park, NJ 07660-2121
517415413      +Commercial Collection Corp of NY,     34 Seymour Street,    Tonawanda, NY 14150-2126
517415415       Cooper University Health Care,     PO Box 95000-4345,    Philadelphia, PA 19195-4345
517415421     ++FOCUS RECEIVABLES MANAGEMENT LLC,     1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
               (address filed with court: Focus Receivables Management,      1130 Northchase Parkway Ste 150,
                 Marietta, GA 30067)
517415419      +Feloni & Assoc LLC,    165 Passaic Ave Ste 301B,    Fairfield, NJ 07004-3592
517415420      +Financial Recoveries,    200 East Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517415423       HRRG,   PO Box 459080,    Sunrise, FL 33345-9080
517550838       HSBC Bank USA, National Association as Trustee,     c/o Wells Fargo Bank, N.A., as Servicer,
                 Default Document Processing N9286-01Y,     1000 Blue Gentian Road,    Eagan MN 55121-7700
517477601      +HSBC Bank USA, National Association as Trustee,     Shapiro and DeNardo, LLC,
                 14000 Commerce Parkway, Suite B,    Mount Laurel, NJ 08054-2242
517415424      +HSBC/Suzki,    PO Box 703,   Wood Dale, IL 60191-0703
517415422      +Home Depot Card Services,    P.O. Box 790345,    Saint Louis, MO 63179-0345
517415427      +Internal Revenue Service,    Attny General, Dept of Justice,     Ben Franklin Station,
                 P.O. Box 683,   Washington, DC 20044-0683
517415428      +JPMorgan Chase Bank, NA,    Attn: Correspondence Mail,     Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
517415429       LFG LLC,    233 North Michigan Ave Suite 1800,    Chicago, IL 60601-5802
517695230      +NJSVS, Surcharge Violation System,    NJSVS, Bankruptcy Unit,     PO Box 136,
                 Trenton, NJ 08666-0136
517415436       Palisades Safety & Insurance Assoc,     c/o Kearns & Duffy OC,    3648 Valley Road,
                 Liberty Corner, NJ 07938
517415438      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
517415439      +Radio/CBNA,    PO Box 10390,   Greenville, SC 29603-0390
517415442       Robert Mayeau Esq,    Julius Jamirch,    199 Moore Street Suite 306,    Hackensack, NJ 07601
518201244      +Rosa Febo,    s/Charles M. Izzo,    P.O. Box 2936,   116 North 2nd Street,
                 Camden, New Jersey 08102-1601
517415445     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,      Division of Taxation Bankruptcy Dept,
                 50 Barrack Street, 9th FL,    P.O. Box 245,    Trenton, NJ 08695-0245)
518244465      +Saldutti Law Group,    Rebecca K. McDowell Esq.,    800 Kings Highway N., Suite 300,
                 Cherry Hill, NJ 08034-1511
517415443      +Sears/CBNA,    PO Box 6283,   Sioux Falls, SD 57117-6283
517415444      +Shapiro & DeNardo LLC,    14000 Commerce Pkwy Suite B,     Mount Laurel, NJ 08054-2242
518077955      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518077956       Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,     Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517415447      +State of NJ Division of Taxation,    NJ Attorney General’s Office-Law Div,
                 Richard J. Hughes Justice Complex,    25 Market Street, P.O. Box 112,    Trenton, NJ 08625-0112
517587455       State of New Jersey,    Division of Employer Accounts,     PO Box 379,   Trenton, NJ 08625--0379
517415446      +State of New Jersey,    Motor Vehicle Commission,    225 East State Street,
                 Trenton, NJ 08666-0001
517415448      +Thomas Law Offices PLLC,    7 Skyline Drive 1st Floor,     Hawthorne, NY 10532-2162
517415450      +United Collection Bureau Inc,    5620 Southwyck Blvd Ste 206,     Toledo, OH 43614-1501
517415451     ++WACHOVIA BANK NA,    MAC X2303-01A,   1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
               (address filed with court: Wachovia,      PO Box 45038 FL 0500,    Jacksonville, FL 32232)
517415453      +WF/WB CC,   PO Box 3117,    Winston Salem, NC 27102-3117
517489321      +Wells Fargo Bank, N.A.,    Attention Payment Processing,     MAC# X2302-04C,    1 Home Campus,
                 Des Moines, Iowa 50328-0001
517415452      +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 13 2020 23:54:05      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 13 2020 23:54:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
```

```
District/off: 0312-1          User: admin              Page 2 of 3                    Date Rcvd: Jan 13, 2020
                              Form ID: 137             Total Noticed: 73


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517415403      +E-mail/Text: mmartin@ari-ins.com Jan 13 2020 23:53:07      ARI Insurance Company,    PO Box 3376,
                 Minneapolis, MN 55403-0376
517415398      +E-mail/Text: EBNProcessing@afni.com Jan 13 2020 23:54:15       Afni, Inc,
                 1310 Martin Luher King Drive,    PO Box 3517,   Bloomington, IL 61702-3517
517415400       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 14 2020 00:12:22      American InforSource LP,
                 as Agent for InSolve Recovery LLC,    PO Box 269093,   Oklahoma City, OK 73126-9093
517415405       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2020 00:00:55
                 Ashley Funding Services LLC,    assignee of Reimbursement Technologies,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517415406       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 13 2020 23:54:00       Asset Acceptance LLC,
                 P.O. Box 2036,   Warren, MI 48090-2036
517415407       E-mail/Text: legal@arsnational.com Jan 13 2020 23:53:33      Associated Recovery Systems,
                 PO Box 469046,   Escondido, CA 92046-9046
517415408      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 13 2020 23:54:30
                 Bayview Loan Servicing LLC,    Customer Service Department,    4425 Ponce De Leon Blvd 6th FL,
                 Coral Gables, FL 33146-1837
517415409       E-mail/Text: bankruptcy@cavps.com Jan 13 2020 23:54:24      Cavalry Portfolio Services,
                 PO Box 27288,   Tempe, AZ 85285
517415414       E-mail/Text: compliance@contractcallers.com Jan 13 2020 23:55:00      Contract Callers Inc,
                 1058 Claussen Road Suite 110,    Augusta, GA 30907
517430888      +E-mail/Text: bankruptcy@cavps.com Jan 13 2020 23:54:24      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517415412       E-mail/Text: documentfiling@lciinc.com Jan 13 2020 23:52:48      Comcast Cable,    Po Box 3002,
                 Southeastern, PA 19398-3002
517415417      +E-mail/Text: bknotice@ercbpo.com Jan 13 2020 23:54:09      Enhanced Recovery Corporation,
                 PO Box 57547,   Jacksonville, FL 32241-7547
517415425       E-mail/Text: cio.bncmail@irs.gov Jan 13 2020 23:53:23      Internal Revenue Service,
                 Bankruptcy Dept,   PO Box 7346,    Philadelphia, PA 19101-7346
517415430      +E-mail/Text: ebn@ltdfin.com Jan 13 2020 23:53:33      LTD Financial Services LP,
                 7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
517415431      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2020 00:00:17       LVNV Funding LLC,
                 PO Box 10497,   Greenville, SC 29603-0497
517572846       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2020 00:00:58
                 LVNV Funding LLC C/O Resurgent Capital Services,    P.O. Box 10675,   Greenville, SC 29603-0675
517415432      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2020 00:00:18       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10675,   Greenville, SC 29603-0675
517415433      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 13 2020 23:54:02      Midland Funding LLC,
                 2365 Northside Drive Ste 300,    San Diego, CA 92108-2709
517415435      +E-mail/Text: csc.bankruptcy@amwater.com Jan 13 2020 23:54:53       New Jersey American Water,
                 PO Box 578,   Alton, IL 62002-0578
517415437      +E-mail/Text: bankruptcy@pseg.com Jan 13 2020 23:53:01      PSE&G,    Attn: Bankruptcy Dept,
                 PO Box 490,   Cranford, NJ 07016-0490
517415440      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2020 00:00:18
                 Resurgent Capital Services,    PO Box 10390,   Greenville, SC 29603-0390
517415441       E-mail/Text: rsi@revenuesystems.com Jan 13 2020 23:54:27      Revenue Systems,    PO Box 15257,
                 Clearwater, FL 33766-5257
517421028      +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 00:00:00      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517438694       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 14 2020 00:01:56      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    PO Box 248848,   Oklahoma City, OK  73124-8848
517448506      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 14 2020 00:12:22      T Mobile/T-Mobile USA Inc.,
                 by American InfoSource LP as agent,    4515 N. Santa Fe Avenue,   Oklahoma City, OK 73118-7901
517415449       E-mail/Text: bankruptcydepartment@tsico.com Jan 13 2020 23:54:42       Transworld Systems Inc,
                 507 Prudential Rd,   Horsham, PA 19044-2308
                                                                                              TOTAL: 28

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517415426*     +Internal Revenue Service,    United States Attorney,    Peter Rodino Federal Building,
                 970 Broad Street, Suite 700,    Newark, NJ 07102-2527
517415416     ##+Credit Management LP,    4200 International Pkwy,    Carrollton, TX 75007-1912
517415434     ##+Naima Thomas,   212 Garfield Avenue,    Collingswood, NJ 08108-3806
                                                                                   TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Jan 13, 2020
                              Form ID: 137             Total Noticed: 73
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2020 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2005-WF1 Mortgage
               Pass-Through Certificates cwohlrab@LOGS.com,    njbankruptcynotifications@logs.com
              Charles M. Izzo    on behalf of Creditor Rosa  Febo cminj2001@yahoo.com,
               izzocr79754@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               the holders of Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2005-WF1
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kimberly A. Wilson    on behalf of Debtor Jose  Morales k_wilsonlaw@comcast.net,
               courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
              R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```