UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive – Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
BAYVIEW LOAN SERVICING, LLC
R.A. LEBRON, ESQ.
BAY-153
bankruptcy@feinsuch.com

Order Filed on February 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: <br><br> JOSE MORALES <br><br> Debtor(s). | Case No.: 18-16013 JNP <br><br> Adv. No.: <br><br> Hearing Date: March 8, 2020 <br><br> Judge: Hon. Jerrold N. Poslusny, Jr. |

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: February 21, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s): JOSE MORALES
Case No: 18-16013 JNP
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, BAYVIEW LOAN SERVICING, LLC, as to certain real property known as 3151 RIVER ROAD, CAMDEN, NJ 08105 as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The arrearage claim of Secured Creditor shall be allowed and paid through the Chapter 13 plan.

2. Should he Debtor(s) dispute the amount to be paid inside the Chapter 13 plan, the Debtor(s) retains the right to file an objection to the proof of claim pursuant to D.N.J. LBR 3007-1.

3. The Debtor(s) shall maintain regular monthly mortgage payments effective with the first payment due after the date of bankruptcy filing.

4. The monthly post-petition payment amount is subject to change in accordance with the terms of the underlying note, mortgage and applicable federal and state law.

5. This Order shall be incorporated in and become a part of any Order Confirming plan in the herein matter.

6. The Movant shall serve this Order on the Debtor(s), any Trustee and other party who entered an appearance on the Objection.