UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
BAYVIEW LOAN SERVICING, LLC
R.A. LEBRON, ESQ.
BAY-153
bankruptcy@feinsuch.com

**Order Filed on February 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 18-16013 JNP |
| JOSE MORALES | Adv. No.: |
| | Hearing Date: March 8, 2020 |
| Debtor(s). | Judge: Hon. Jerrold N. Poslusny, Jr. |

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: February 21, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s): JOSE MORALES
Case No: 18-16013 JNP
Caption of Order:   **ORDER RESOLVING OBJECTION TO CONFIRMATION**

---

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, BAYVIEW LOAN SERVICING, LLC, as to certain real property known as <u>3151 RIVER ROAD, CAMDEN, NJ 08105</u> as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1.   The arrearage claim of Secured Creditor shall be allowed and paid through the Chapter 13 plan.

2.   Should he Debtor(s) dispute the amount to be paid inside the Chapter 13 plan, the Debtor(s) retains the right to file an objection to the proof of claim pursuant to D.N.J. LBR 3007-1.

3.   The Debtor(s) shall maintain regular monthly mortgage payments effective with the first payment due after the date of bankruptcy filing.

4.   The monthly post-petition payment amount is subject to change in accordance with the terms of the underlying note, mortgage and applicable federal and state law.

5.   This Order shall be incorporated in and become a part of any Order Confirming plan in the herein matter.

6.   The Movant shall serve this Order on the Debtor(s), any Trustee and other party who entered an appearance on the Objection.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-16013-JNP
Jose Morales                                                                               Chapter 13
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 1            Date Rcvd: Feb 21, 2020
                             Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db             +Jose Morales,    3151 River Road,    Camden, NJ 08105-4241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
          Charles G. Wohlrab    on behalf of Creditor   WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
          njbankruptcynotifications@logs.com
          Charles G. Wohlrab    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
          Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2005-WF1 Mortgage
          Pass-Through Certificates cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
          Charles M. Izzo    on behalf of Creditor Rosa  Febo cminj2001@yahoo.com,
          izzocr79754@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, National Association, as Trustee for
          the holders of Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2005-WF1
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Kimberly A. Wilson    on behalf of Debtor Jose  Morales k_wilsonlaw@comcast.net,
          courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
          R. A. Lebron    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 9