Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  18−16013−JNP
                Chapter:  13
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Morales
   3151 River Road
   Camden, NJ 08105

Social Security No.:
   xxx−xx−0879

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/19/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: March 19, 2020
JAN: kvr

                                                                  Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-16013-JNP
Jose Morales                                                              Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3              Date Rcvd: Mar 19, 2020
                              Form ID: 148             Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2020.
```
db          +Jose Morales,    3151 River Road,    Camden, NJ 08105-4241
r           +Berkshire Hathaway Fox & Roach,    1401 Route 70 E,    Cherry Hill, NJ 08034-2207
r           +Candy Niedoba,    Berkshire Hathaway Fox & Roach,    1401 Route 70 E,
              Cherry Hill, NJ 08034-2207
cr          +Rosa Febo,   3087 Highland Avenue,    Camden, NJ 08105-2849
517415404   +ARS Account Resolution,    1801 NW 66th Ave Ste 200,    Fort Lauderdale, FL 33313-4571
517415399   +Allstate Insurance Company,    For Julius Jamirch,    PO Box 29500,    Roanoke, VA 24018-0700
517415401   +Ana Nazario,   108 N 24th Street,    Camden, NJ 08105-1108
517415402    Apex Asset Management LLC,    2501 Oregon Pike STE 102,    Lancaster, PA 17601-4890
517415418   +Bayview Loan Servicing, LLC,    Fein, Such, Kahn, & Shepard,    7 Century Drive,
              Parsippany, NJ 07054-4673
517415411   +Choi Law Office LLC,    100 Challenger Road Ste 302,    Ridgefield Park, NJ 07660-2121
517415413   +Commercial Collection Corp of NY,    34 Seymour Street,    Tonawanda, NY 14150-2126
517415415    Cooper University Health Care,    PO Box 95000-4345,    Philadelphia, PA 19195-4345
517415421  ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
              (address filed with court: Focus Receivables Management,    1130 Northchase Parkway Ste 150,
              Marietta, GA 30067)
517415419   +Feloni & Assoc LLC,    165 Passaic Ave Ste 301B,    Fairfield, NJ 07004-3592
517415420   +Financial Recoveries,    200 East Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517415423    HRRG,   PO Box 459080,    Sunrise, FL 33345-9080
518737636   +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517477601   +HSBC Bank USA, National Association as Trustee,    Shapiro and DeNardo, LLC,
              14000 Commerce Parkway, Suite B,    Mount Laurel, NJ 08054-2242
517415422   +Home Depot Card Services,    P.O. Box 790345,    Saint Louis, MO 63179-0345
517415427   +Internal Revenue Service,    Attny General, Dept of Justice,    Ben Franklin Station,
              P.O. Box 683,    Washington, DC 20044-0683
517415428   +JPMorgan Chase Bank, NA,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
              Monroe, LA 71203-4774
517415429    LFG LLC,   233 North Michigan Ave Suite 1800,    Chicago, IL 60601-5802
517695230   +NJSVS, Surcharge Violation System,    NJSVS, Bankruptcy Unit,    PO Box 136,
              Trenton, NJ 08666-0136
517415436    Palisades Safety & Insurance Assoc,    c/o Kearns & Duffy OC,    3648 Valley Road,
              Liberty Corner, NJ 07938
517415438   +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
517415439   +Radio/CBNA,    PO Box 10390,    Greenville, SC 29603-0390
517415442    Robert Mayeau Esq,    Julius Jamirch,    199 Moore Street Suite 306,    Hackensack, NJ 07601
518201244   +Rosa Febo,    s/Charles M. Izzo,    P.O. Box 2936,    116 North 2nd Street,
              Camden, New Jersey 08102-1601
517415445  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation Bankruptcy Dept,
              50 Barrack Street, 9th FL,    P.O. Box 245,    Trenton, NJ 08695-0245)
518244465   +Saldutti Law Group,    Rebecca K. McDowell Esq.,    800 Kings Highway N., Suite 300,
              Cherry Hill, NJ 08034-1511
517415444   +Shapiro & DeNardo LLC,    14000 Commerce Pkwy Suite B,    Mount Laurel, NJ 08054-2242
518077955   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
518077956   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517415447   +State of NJ Division of Taxation,    NJ Attorney General's Office-Law Div,
              Richard J. Hughes Justice Complex,    25 Market Street, P.O. Box 112,    Trenton, NJ 08625-0112
517587455    State of New Jersey,    Division of Employer Accounts,    PO Box 379,    Trenton, NJ  08625--0379
517415446   +State of New Jersey,    Motor Vehicle Commission,    225 East State Street,
              Trenton, NJ 08666-0001
517415448   +Thomas Law Offices PLLC,    7 Skyline Drive 1st Floor,    Hawthorne, NY 10532-2162
517415450   +United Collection Bureau Inc,    5620 Southwyck Blvd Ste 206,    Toledo, OH 43614-1501
517415453   +WF/WB CC,    PO Box 3117,    Winston Salem, NC 27102-3117
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2020 23:58:38      U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2020 23:58:36      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517415403   +E-mail/Text: mmartin@ari-ins.com Mar 19 2020 23:58:04     ARI Insurance Company,    PO Box 3376,
              Minneapolis, MN 55403-0376
517415398   +EDI: AFNIRECOVERY.COM Mar 20 2020 03:28:00      Afni, Inc,   1310 Martin Luher King Drive,
              PO Box 3517,    Bloomington, IL 61702-3517
517415400    EDI: AIS.COM Mar 20 2020 03:28:00     American InforSource LP,
              as Agent for InSolve Recovery LLC,    PO Box 269093,    Oklahoma City, OK 73126-9093
```

```
District/off: 0312-1           User: admin                Page 2 of 3                    Date Rcvd: Mar 19, 2020
                               Form ID: 148               Total Noticed: 75


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517415405      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2020 00:10:08
               Ashley Funding Services LLC,    assignee of Reimbursement Technologies,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517415406      EDI: ACCE.COM Mar 20 2020 03:28:00      Asset Acceptance LLC,    P.O. Box 2036,
               Warren, MI 48090-2036
517415407      EDI: ARSN.COM Mar 20 2020 03:28:00      Associated Recovery Systems,    PO Box 469046,
               Escondido, CA 92046-9046
517415408     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 19 2020 23:58:56
               Bayview Loan Servicing LLC,    Customer Service Department,    4425 Ponce De Leon Blvd 6th FL,
               Coral Gables, FL 33146-1873
517415409      E-mail/Text: bankruptcy@cavps.com Mar 19 2020 23:58:49      Cavalry Portfolio Services,
               PO Box 27288,    Tempe, AZ 85285
517415414      E-mail/Text: compliance@contractcallers.com Mar 19 2020 23:59:13      Contract Callers Inc,
               1058 Claussen Road Suite 110,    Augusta, GA 30907
517430888     +E-mail/Text: bankruptcy@cavps.com Mar 19 2020 23:58:49      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517415412      EDI: COMCASTCBLCENT Mar 20 2020 03:28:00      Comcast Cable,    Po Box 3002,
               Southeastern, PA 19398-3002
517415416     +EDI: CMIGROUP.COM Mar 20 2020 03:28:00      Credit Management LP,    4200 International Pkwy,
               Carrollton, TX 75007-1912
517415417     +E-mail/Text: bknotice@ercbpo.com Mar 19 2020 23:58:41      Enhanced Recovery Corporation,
               PO Box 57547,    Jacksonville, FL 32241-7547
517550838      EDI: WFFC.COM Mar 20 2020 03:28:00      HSBC Bank USA, National Association as Trustee,
               c/o Wells Fargo Bank, N.A., as Servicer,    Default Document Processing N9286-01Y,
               1000 Blue Gentian Road,    Eagan MN 55121-7700
517415424     +EDI: HFC.COM Mar 20 2020 03:28:00      HSBC/Suzki,    PO Box 703,    Wood Dale, IL 60191-0703
517415425      EDI: IRS.COM Mar 20 2020 03:28:00      Internal Revenue Service,    Bankruptcy Dept,
               PO Box 7346,    Philadelphia, PA 19101-7346
517415410      EDI: JPMORGANCHASE Mar 20 2020 03:28:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850
517415430     +EDI: LTDFINANCIAL.COM Mar 20 2020 03:28:00      LTD Financial Services LP,
               7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
517415431     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2020 00:07:41      LVNV Funding LLC,
               PO Box 10497,    Greenville, SC 29603-0497
517572846      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2020 00:08:53
               LVNV Funding LLC C/O Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
517415432     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2020 00:07:39      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10675,    Greenville, SC 29603-0675
517415433     +EDI: MID8.COM Mar 20 2020 03:28:00      Midland Funding LLC,    2365 Northside Drive Ste 300,
               San Diego, CA 92108-2709
517415435     +E-mail/Text: csc.bankruptcy@amwater.com Mar 19 2020 23:59:09      New Jersey American Water,
               PO Box 578,    Alton, IL 62002-0578
517415437     +E-mail/Text: bankruptcy@pseg.com Mar 19 2020 23:56:14      PSE&G,    Attn: Bankruptcy Dept,
               PO Box 490,    Cranford, NJ 07016-0490
517415440     +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2020 00:08:53
               Resurgent Capital Services,    PO Box 10390,    Greenville, SC 29603-0390
517415441      E-mail/Text: rsi@revenuesystems.com Mar 19 2020 23:58:53      Revenue Systems,    PO Box 15257,
               Clearwater, FL 33766-5257
517415443     +EDI: SEARS.COM Mar 20 2020 03:28:00      Sears/CBNA,    PO Box 6283,    Sioux Falls, SD 57117-6283
517421028     +EDI: RMSC.COM Mar 20 2020 03:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517438694      EDI: AIS.COM Mar 20 2020 03:28:00      T Mobile/T-Mobile USA Inc,
               by American InfoSource LP as agent,    PO Box 248848,    Oklahoma City, OK 73124-8848
517448506     +EDI: AIS.COM Mar 20 2020 03:28:00      T Mobile/T-Mobile USA Inc.,
               by American InfoSource LP as agent,    4515 N. Santa Fe Avenue,    Oklahoma City, OK 73118-7901
517415449      E-mail/Text: bankruptcydepartment@tsico.com Mar 19 2020 23:59:02      Transworld Systems Inc,
               507 Prudential Rd,    Horsham, PA 19044-2308
517415451      EDI: WACHOVIA.COM Mar 20 2020 03:28:00      Wachovia,    PO Box 45038 FL 0500,
               Jacksonville, FL 32232
517489321     +EDI: WFFC.COM Mar 20 2020 03:28:00      Wells Fargo Bank, N.A.,    Attention Payment Processing,
               MAC# X2302-04C,    1 Home Campus,    Des Moines, Iowa 50328-0001
517415452     +EDI: WFFC.COM Mar 20 2020 03:28:00      Wells Fargo Home Mortgage,    PO Box 10335,
               Des Moines, IA 50306-0335
                                                                                              TOTAL: 36

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518740194*    +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517415426*    +Internal Revenue Service,    United States Attorney,    Peter Rodino Federal Building,
               970 Broad Street, Suite 700,    Newark, NJ 07102-2527
517415434    ##+Naima Thomas,    212 Garfield Avenue,    Collingswood, NJ 08108-3806
                                                                                              TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin              Page 3 of 3         Date Rcvd: Mar 19, 2020
                              Form ID: 148             Total Noticed: 75
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2020 at the address(es) listed below:
```
          Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2005-WF1 Mortgage
           Pass-Through Certificates cwohlrab@LOGS.com, njbankruptcynotifications@logs.com
          Charles M. Izzo    on behalf of Creditor Rosa  Febo cminj2001@yahoo.com,
           izzocr79754@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
           the holders of Nomura Asset Acceptance Corporation, Alternative Loan Trust, Series 2005-WF1
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Kimberly A. Wilson    on behalf of Debtor Jose  Morales k_wilsonlaw@comcast.net,
           courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
          R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```